IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOGEN MA INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-1159-MN |
| | ) |
| SUN PHARMACEUTICAL INDUSTRIES LIMITED, SUN PHARMACEUTICAL INDUSTRIES, INC. and SUN PHARMA GLOBAL FZE, | ) ) ) ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

WHEREAS, in the above-captioned case, Plaintiff Biogen MA Inc. ("Biogen" or "Plaintiff") alleges infringement of U.S. Patent No. 8,399,514 ("the '514 Patent") by Defendants Sun Pharmaceutical Industries Limited, Sun Pharmaceutical Industries, Inc., and Sun Pharma Global FZE (collectively "Sun" or "Defendants");

WHEREAS, the asserted claims of the '514 Patent were held invalid for lack of written description support under 35 U.S.C. § 112, and a corresponding final judgment has been entered, in *Biogen Int'l GmbH et al. v. Mylan Pharma. Inc.*, Civil Action No. 17-116-IMK-JPM, D.I.s 400, 401, 412, and 413 (N.D. W. Va. June 22, 2020) (the "West Virginia Judgment");

WHEREAS, in *Biogen Int'l GmbH, et al. v. Amneal Pharms. LLC, et al.*, C.A. No. 17-823-MN (consolidated) (the "Consolidated Action"), this Court ordered (at D.I.s 402 and 403) that the West Virginia Judgment applies in the Consolidated Action under the principles of collateral estoppel and held (at D.I. 408) that the asserted claims of the '514 Patent in the Consolidated

Action were invalid based on lack of written description under principles of collateral estoppel (the "Collateral Estoppel Decision"); and

WHEREAS, the parties entered a joint stipulation and proposed order for entry of judgment in the above-captioned matter (D.I. 17), which this Court ordered on November 16, 2020 (D.I. 18); now therefore,

IT IS HEREBY **ORDERED** and **ADJUDGED** that judgment is entered, against Plaintiff and in favor of Defendants, that the asserted claims of the '514 Patent are invalid based on lack of written description under principles of collateral estoppel. Any other pending claims and defenses are dismissed as moot.

IT IS HEREBY FURTHER **ORDERED** and **ADJUDGED** that each party shall bear its own costs, expenses, and attorneys' fees associated with this action, C.A. No. 20-1159-MN.

IT IS HEREBY FURTHER **ORDERED** and **ADJUDGED** that Biogen may seek reinstatement of its claims pursuant to Fed. R. Civ. P. 60(b)(5) if the judgment from the Northern District of West Virginia is reversed or vacated on appeal.

Dated: November 23, 2020

_____
The Honorable Maryellen Noreika
United States District Judge